USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: _9-25-19_

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x

ROSALINO ANDON,

               Plaintiff,

-against-

SDG PROPERTIES, INC. ET AL,

               Defendants.

------------------------------------------------------------ x

1:17-cv-07876 (ALC)

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

The Court is in receipt of the parties' settlement agreement and accompanying joint motion to approve the settlement agreement, filed April 29, 2019. ECF No. 77. Having reviewed the settlement agreement, as required by *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199 (2d Cir. 2015), the Court finds it to be fair and reasonable, and approves the settlement. Accordingly, it is ORDERED that the above-captioned case be dismissed with prejudice in its entirety without fees or costs except as agreed to by the parties.

**SO ORDERED.**

Dated:   September 25, 2019
            New York, New York

                                                    _____
                                                    **ANDREW L. CARTER, JR.**
                                                    **United States District Judge**